**No. 11-5019. In re Cecil Edward Jackson, Petitioner.**

565 U.S. 812, 132 S. Ct. 391, 181 L. Ed. 2d 246, 2011 U.S. LEXIS 6325.

October 3, 2011. Petition for writ of habeas corpus denied.

**No. 11-5061. In re Allah, Petitioner.**

565 U.S. 812, 132 S. Ct. 391, 181 L. Ed. 2d 246, 2011 U.S. LEXIS 6537.

October 3, 2011. Petition for writ of habeas corpus denied.

**No. 11-5107. In re Kerry Myers, Petitioner.**

565 U.S. 812, 132 S. Ct. 391, 181 L. Ed. 2d 246, 2011 U.S. LEXIS 6242.

October 3, 2011. Petition for writ of habeas corpus denied.

**No. 11-5130. In re Gary Zierke, Petitioner.**

565 U.S. 812, 132 S. Ct. 391, 181 L. Ed. 2d 246, 2011 U.S. LEXIS 6579.

October 3, 2011. Petition for writ of habeas corpus denied.

**No. 11-5200. In re Balraj Naidu, Petitioner.**

565 U.S. 812, 132 S. Ct. 391, 181 L. Ed. 2d 246, 2011 U.S. LEXIS 6457.

October 3, 2011. Petition for writ of habeas corpus denied.

**No. 11-5227. In re Charles Sweeney, Petitioner.**

565 U.S. 812, 132 S. Ct. 391, 181 L. Ed. 2d 246, 2011 U.S. LEXIS 6415.

October 3, 2011. Petition for writ of habeas corpus denied.

**No. 11-5354. In re Dwayne Simms, Petitioner.**

565 U.S. 813, 132 S. Ct. 392, 181 L. Ed. 2d 246, 2011 U.S. LEXIS 6435.

October 3, 2011. Petition for writ of habeas corpus denied.

**No. 11-5555. In re Joseph G. Dunbar, Petitioner.**

565 U.S. 813, 132 S. Ct. 392, 181 L. Ed. 2d 246, 2011 U.S. LEXIS 6367,

October 3, 2011. Petition for writ of habeas corpus denied.

**No. 11-5624. In re George William Blood, Petitioner.**

565 U.S. 813, 132 S. Ct. 392, 181 L. Ed. 2d 246, 2011 U.S. LEXIS 6429.

October 3, 2011. Petition for writ of habeas corpus denied.

**No. 11-5657. In re Rita Ann Humphrey, Petitioner.**

565 U.S. 813, 132 S. Ct. 392, 181 L. Ed. 2d 246, 2011 U.S. LEXIS 6401.

October 3, 2011. Petition for writ of habeas corpus denied.